People v Comfort (2025 NY Slip Op 07239)

People v Comfort

2025 NY Slip Op 07239

Decided on December 23, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 23, 2025

PRESENT: WHALEN, P.J., LINDLEY, CURRAN, BANNISTER, AND MONTOUR, JJ. (Filed Dec. 23, 2025.) 

MOTION NOS. (76/09 and 81/09) KA 03-02311 and KA 05-00820.

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT, 
v
JAMES E. COMFORT, DEFENDANT-APPELLANT.

MEMORANDUM AND ORDER
Motion for writ of error coram nobis denied.